UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

Bravado International Group Merchandising
  Services, Inc., et al.,

                Plaintiff,        CV-08-3123 (CPS)

    - against -                 ORDER

Ninna, Inc., et al.,

                Defendant.

-------------------------------------X

No objections to the Report and Recommendation of Magistrate Judge Cheryl L. Pollak dated August 18, 2009 having been filed by the parties, the Report and Recommendation is hereby adopted. Counsel for the plaintiff is directed to serve a copy of the within on the defendants at their last known address, to file proof of service with the court, and to settle a judgment on notice in conformity with the Report and Recommendation not later than September 15, 2009. The case is again referred to Magistrate Judge Pollak for pretrial proceedings with respect to the remaining defendant, Peter Michailow.

The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

    SO ORDERED.

Dated :   Brooklyn, New York         s/Hon. Charles P. Sifton
        August 25, 2009
                                          United States District Judge